UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) SEA LAND SERVICES, INC.,

CIVIL NO. 98-1884(DRD)

v.

Defendant(s) TOTAL HOME DECO

*RECEIVED AND FILED 00 MAY -8 AM 7:24 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 11. | ☒ GRANTED. |
| Date: April 18, 2000. | ☐ DENIED. |
| Title: Motion Requesting Disbursement of Funds. | ☐ MOOT. |
| | ☐ NOTED. |
| | The plaintiff is to be disbursed by the Clerk of the Court all amounts & moneys deposited by the U.S. Marshall |

IT IS SO ORDERED.

Date: May 5, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE